UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

    Plaintiff,

    v.

TERRANCE R. JOHNSON,

    Defendant.

CASE NO. C06-302JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court has received a motion to proceed in forma pauperis from Defendant Terrance R. Johnson (Dkt. # 1). The court's review of Mr. Johnson's proposed complaint reveals that he is attempting to remove a felony prosecution under Washington law from King County District Court. Except under narrow circumstances not present here, federal law provides no removal jurisdiction over criminal actions. See 28 U.S.C. § 1441 (establishing removal jurisdiction over civil actions). The court therefore lacks subject matter jurisdiction over this action, and need not address Mr. Johnson's motion to proceed in forma pauperis.

MINUTE ORDER - 1

1  The clerk shall remand this action to King County District Court.

2  Filed and entered this 4th day of April, 2006.

BRUCE RIFKIN, Clerk

By  s/Mary Duett
    Deputy Clerk

MINUTE ORDER - 2